United States District Court
Southern District Of Texas
FILED

MAY 2 1 2019

David J. Bradley, Clerk

THE STATE OF TEXAS )
                   )          M-19- 1175 -M
COUNTY OF Hidalgo  )

BEFORE ME, the undersigned authority, on this day personally appeared **Jon M. Chan** known to be the person whose name is subscribed here to, and being by me first duly sworn, upon oath deposes and says: "I am a **Border Patrol Agent** stationed at **McAllen, Texas** and I investigated the case of the United States of America versus

| | | |
|---|---|---|
| Alberto Vite-Parrilla | 1990 | Mexico |
| Oscar Omar Perez-Villanueva | 1994 | Mexico |

and from my investigation, it appears that:

| | | |
|---|---|---|
| Rigoberto Almazan-Bailon | 1981 | Mexico |
| Jose Luis Gonzalez-Marban | 1978 | Mexico |

citizens and nationals of **Mexico** and are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

Jon M. Chan
Border Patrol Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this **May 21, 2019**

J Scott Hacker
U.S. Magistrate Judge